IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** |
| | : | |
| v. | : | **Grand Jury Original** |
| | : | |
| **JACQUELINE NUGENT,** | : | **VIOLATIONS:** |
| also known as Jacqueline Wilkinson, | : | |
| | : | **18 U.S.C. § 1341** |
| Defendant. | : | **(Mail Fraud)** |
| | : | |
| | : | **18 U.S.C. § 669** |
| | : | **(Theft in Connection with Health Care)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

The Scheme to Defraud

At all times material to the Indictment:

1.      Defendant Jacqueline Nugent, who used the name Jacqueline Wilkinson at work, was employed by the Washington Hospital Center in the District of Columbia. Defendant Nugent held a position that permitted her to hire certain employees and authorize their payment by the Washington Hospital Center (the "Hospital"). The Hospital is a "health care benefit program," as defined in Title 18, United States Code, Section 24(b), because the Hospital is an entity that provides medical benefits, items and services to individuals for which payment may be made under various public and private plans and contracts that affect commerce.

2. Defendant Nugent was a friend of Rosemarie Wiseman, who had a daughter named Tamisha Ellis. From in or about September, 1999 through in or about August, 2003, Tamisha Ellis attended college in the state of Missouri.

3. From on or about March 5, 2002 through on or about July 16, 2003, Nugent created and submitted false and fraudulent payroll records in the name of Tamisha Ellis, which falsely represented that Tamisha Ellis performed work for the Hospital. The false and fraudulent payroll records submitted by defendant Nugent caused the Washington Hospital Center to mail at least 14 paychecks to Tamisha Ellis, at three different addresses in Maryland, even though Tamisha Ellis never performed any work for the Hospital.

4. Once they received a paycheck payable to Tamisha Ellis, either defendant Nugent or Rosemarie Wiseman would endorse the check by signing Tamisha Ellis's name, and then obtain the funds associated with that check.

5. Defendant Nugent knowingly and deliberately caused the Hospital to issue and mail the following checks, totaling $21,048.02, in Tamisha Ellis's name:

    a. A check dated March 5, 2002, in the amount of $750, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

    b. A check dated August 27, 2002, in the amount of $2,080, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

    c. A check dated September 17, 2002, in the amount of $1,480, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

    d. A check dated September 24, 2002, in the amount of $1,200, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

e. A check dated October 15, 2002, in the amount of $1,450, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

f. A check dated November 12, 2002, in the amount of $1,680, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

g. A check dated December 19, 2002, in the amount of $1,392, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

h. A check dated January 8, 2003, in the amount of $1,620.02, was mailed to Rosemarie Wiseman's home, 14739 Chishlom [sic] Landing Way, North Potomac, MD 20878.

i. A check dated January 14, 2003, in the amount of $1,764, was mailed to 14202 Walf [sic] Creek Place, Silver Spring, MD 20906, an address associated with Jacqueline Nugent's brother.

j. A check dated February 11, 2003, in the amount of $1,284, was mailed to 14202 Walf [sic] Creek Place, Apt. 6, Silver Spring, MD 20906, an address associated with Jacqueline Nugent's brother.

k. A check dated March 4, 2003, in the amount of $1,572, was mailed to 14202 Walf [sic] Creek Place, Apt. 6, Silver Spring, MD 20906, an address associated with Jacqueline Nugent's brother.

l. A check dated April 30, 2003, in the amount of $1,392, was mailed to 14202 Wolf Creek Place, Apt. 6, Silver Spring, MD 20906, an address associated with Jacqueline Nugent's brother.

m. A check dated May 29, 2003, in the the amount of $1,632, was mailed to 515 Pickwick Village Way, Silver Spring, MD 20901, an address associated with Jacqueline Nugent's brother.

n. A check dated July 8, 2003, in the amount of $1,752, was mailed to 515 Pickwick Village Way, Silver Spring, MD 20901, an address associated with Jacqueline Nugent's brother.

o. The check for $1,752, dated July 8, 2003, bears an endorsement on the back that reads: "Tamisha Ellis Pay to the order of Jacqueline Nugent." The check also bears a Suntrust Bank account number belonging to Jacqueline Nugent. On July 16, 2003, the check was deposited into Jacqueline Nugent's Suntrust Bank account.

The Offense of Mail Fraud

6.      From on or about March 5, 2002 through on or about July 16, 2003, within the District of Columbia and elsewhere, defendant JACQUELINE NUGENT, also known as Jacqueline Wilkinson, devised and intended to devise a scheme to defraud and for obtaining money by false and fraudulent representations, pretenses and promises.

7.      Paragraphs 1 through 5 of Count One of this Indictment are hereby re-alleged, and contain the description of the above-mentioned scheme.

8.      On or about July 16, 2003, within the District of Columbia and elsewhere, defendant JACQUELINE NUGENT, also known as Jacqueline Wilkinson, for the purpose of executing and attempting to execute the aforesaid scheme to defraud and for obtaining money by false and fraudulent representations, pretenses and promises, did knowingly cause to be delivered by the United States Postal Service, and did receive and cause to be received, a paycheck dated July 8, 2003, in the amount of $1,752, that was mailed from the Washington Hospital Center, in the District of Columbia, to Tamisha Ellis, 515 Pickwick Village Way, Silver Spring, MD 20901.

(**Mail Fraud**, in violation of Title 18, United States Code, Section 1341).

## COUNT TWO

1.      The allegations set forth in Paragraph 1 of Count One of this Indictment are re-alleged and incorporated by reference herein.

2.      From on or about March 5, 2002 through on or about July 16, 2003, within the District of Columbia and elsewhere, defendant JACQUELINE NUGENT, also known as Jacqueline Wilkinson, knowingly and willfully embezzled, stole, and otherwise without authority converted to the use of another person other than the rightful owner, and intentionally misapplied money, funds and other assets totaling more than $100, and belonging to the Washington Hospital Center, which

is a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

(**Theft in Connection with Health Care**, in violation of Title 18, United States Code, Section 669).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia