# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**JACQUELINE SANJUAN NUGENT**<br>also known as Jacqueline Wilkinson<br><br>DOB:          PDID: | **DOCKET NO:**<br>CR-08-204 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Jacqueline SanJuan Nugent<br><br>**FILED**<br>JUL 1 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**MAIL FRAUD**
**THEFT IN CONNECTION WITH HEALTH CARE**

| IN VIOLATION OF: | **UNITED STATES CODE TITLE & SECTION:**<br>18: 1341 and 669 | |
|---|---|---|
| **BAIL FIXED BY COURT:** | **OTHER CONDITIONS OF RELEASE:** | |

RECEIVED WARRANT SECTION 2008 JUL 11 AM 6:17

| **ORDERED BY:**<br>JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>U.S. MAGISTRATE JUDGE ROBINSON | **DATE ISSUED:**<br>7/9/08 |
|---|---|---|
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK** | **DATE:**<br>7/9/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7-15-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 7-15-08 | Per recording officer<br>DUSM D.L. Tolliver | |
| HIDTA CASE: Yes ☐ No ☒ | | OCDETF CASE: Yes ☐ No ☒ |

1538934