UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 08-204(PLF) |
| v. ) | |
| JACQUELINE NUGENT ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION
TO TRAVEL OUTSIDE OF THE JURISDICTION**

Defendant, through undersigned counsel, respectfully moves for permission to travel outside of the jurisdiction from Friday, August 1, 2008 to Monday, August 4, 2008.

In support of the motion, counsel states:

1. Ms. Nugent was arraigned in Magistrate Court on July 15, 2008. Ms. Nugent has been charged by a grand jury with Mail Fraud in violation of 18 U.S.C. § 1341 and Theft in violation of 18 U.S.C. § 669. Magistrate Judge Robinson ordered Ms. Nugent's release on her personal recognizance with the requirement that she report weekly to Pre-Trial Services and that she stay within the District of Columbia area. Ms. Nugent lives in Olney, Maryland.

2. On July 29, 2008 Ms. Nugent appeared before the Court for a Status Conference. After hearing from the parties the Court scheduled a Status Conference for September 4, 2008. After leaving the Courtroom, Ms. Nugent informed undersigned that she would like to travel outside of the metropolitan area to take her son to Rensselaer Polytechnic Institute in Rensselaer, New York. Ms. Nugent would like to leave on Friday, August 1, 2008 and return to her home on Monday, August 4, 2008.

3.      Undersigned counsel spoke with Assistant United States Attorney, Frederick Yette, and he has no objection to the instant motion permitting Ms. Nugent to travel to Rensselaer, New York.

Wherefore, undersigned counsel respectfully moves the Court to permit Ms. Nugent to travel to Rensselaer, New York, on Friday August 1, 2008 and to return on Monday, August 4, 2008.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 08-204(PLF) |
| ) | |
| v. ) | |
| ) | |
| JACQUELINE NUGENT ) | |

**ORDER**

Upon consideration of the defendant's Motion For Permission to Travel Outside of the Jurisdiction, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that Jacqueline Nugent is permitted to travel to Rensselaer, New York on Friday, August 1, 2008 and that she shall return to the Washington D.C. Metropolitan area by Monday, August 4, 2008.

**SO ORDERED**

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
DATE

Pre-Trial Services
Federal District Court
300 Constitution Ave. N.W.
Washington, D.C. 20002

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Frederick W. Yette
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530